# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SCALIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-01097 - LJO - JLT<br><br>ORDER APPROVING THE STIPULATION OF THE PARTIES FOR THE FILING OF A FIRST AMENDED COMPLAINT AND VACATING THE HEARING DATE OF JANUARY 10, 2018<br><br>(Doc. 13) |

On December 1, 2017, the parties filed a stipulation to permit Plaintiff file a First Amended Complaint in this action. (Doc. 13) Good cause appearing, the Court **ORDERS**:

1. The terms of the parties' stipulation are **APPROVED**;
2. Plaintiff **SHALL** file a First Amended Complaint no later than December 20, 2017;
3. The Clerk of Court is **DIRECTED** to terminate the motion to dismiss (Doc. 11); and
4. The hearing date of January 10, 2018 is **VACATED**.

IT IS SO ORDERED.

　Dated: __**December 6, 2017**__　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1