# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SCALIA, individually and as successor-in-interest of Decedent, KIMBERLY MORRISSEY-SCALIA,<br><br>　　　　　Plaintiff,<br>　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　　Defendants. | CASE NO.: 1:17-CV-01097 JLO JLT<br><br>**ORDER GRANTING STIPULATION ALLOWING COUNTY DEFENDANTS TO FILE FIRST AMENDED ANSWER**<br>**(Doc. 35)** |

Based upon the stipulation of counsel, the Court **ORDERS:**

1. The stipulation is **GRANTED**;

2. The County Defendants may file their First Amended Answer to the First Amended Complaint within three court days.

IT IS SO ORDERED.

Dated: __**June 1, 2018**__　　　　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE