JEFF DOMINIC PRICE, SBN 165534
2500 Broadway, Suite 125
Santa Monica, CA 90404
T: (310) 451-2222
Email: jeff.price@icloud.com

Sanjay S. Schmidt, SBN 247475
LAW OFFICES OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
Email: ss@sanjayschmidtlaw.com

Attorneys for Plaintiffs John Scalia, individually and as successor-in-interest of Decedent Kimberly Morrissey-Scalia

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SCALIA, individually and as successor-in-interest of Decedent KIMBERLY MORRISSEY-SCALIA,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN, a municipal corporation, KERN COUNTY HOSPITAL AUTHORITY, a public entity and/or agent of the COUNTY OF KERN, KERN COUNTY SHERIFF DONNY YOUNGBLOOD, KERN COUNTY SHERIFF'S SERGEANT JOE SWANSON, KERN COUNTY SHERIFF'S DETENTION DEPUTIES RANDI ALLEN AND MISTY MILLER, KERN COUNTY HOSPITAL AUTHORITY STAFF NURSE ROWENA P. BLAKELY, R.N. and DOES 1-100, Jointly and Severally,<br><br>Defendants. | CASE NO. 1:17-CV-01097-LJO-SKO<br><br>Judge: Hon. Lawrence J. O'Neill<br>Court Room: 4 (7th Floor)<br><br>Action Filed: August 14, 2017<br>Trial Date: December 3, 2019<br><br>**STIPULATION RE: "FIRST LOOK" AGREEMENT RE: DEFENDANTS' FEDERAL RULE OF CIVIL PROCEDURE 45 SUBPOENAS SEEKING PLAINTIFF'S AND DECEDENT'S CONSUMER RECORDS AND**<br><br>**[PROPOSED] ORDER**<br><br>(Doc. 51) |

The parties, by and through their respective attorneys of record, hereby stipulate to the following order being issued in this matter:

1. In January 2019 and February 2019, Plaintiff's counsel received Federal Rule of Civil Procedure 45 subpoenas for the Production of Documents, which counsel for

Defendants served through Ronsin Litigation Support Services on the following entities:

A. <u>Custodian of Record for Kleinfelder</u>: The records requested are regardless of date for the following types of records: Any and all employment records, wage records, personnel records, attendance records, employment applications, W-2's, W-4's, contracts, 1099's, resumes, payroll records, vacation schedule, sick leave, insurance records, benefits, evaluations and any other records, including but not limited to any records/documents that may be stored digitally and/or electronically pertaining to the employment of John Patrick Scalia, DOB#.

B. <u>Custodian of Record for Blackburn Consulting</u>: The records requested are regardless of date for the following types of records: Any and all employment records, wage records, personnel records, attendance records, employment applications, W-2's, W-4's, contracts, 1099's, resumes, payroll records, vacation schedule, sick leave, insurance records, benefits, evaluations and any other records, including but not limited to any records/documents that may be stored digitally and/or electronically pertaining to the employment of John Patrick Scalia, DOB#.

C. <u>Custodian of Record for Krazan & Associates</u>: The records requested are regardless of date for the following types of records: Any and all employment records, wage records, personnel records, attendance records, employment applications, W-2's, W-4's, contracts, 1099's, resumes, payroll records, vacation schedule, sick leave, insurance records, benefits, evaluations and any other records, including but not limited to any records/documents that may be stored digitally and/or electronically pertaining to the employment of John Patrick Scalia, DOB#.

D. <u>Custodian of Record for Kaiser Foundation Hospital/SCPMG ROI Unit</u>: The records requested are regardless of date for the following type of records: Any

and all medical records, documents, medical reports, including doctors' entries, nurses' charts, progress reports, physical therapy records, pathology reports, x-ray reports, lab reports, case history, emergency room records, admitting sheets, special tests, inpatient and outpatient records, and any sign-in sheets, any and all pharmacy/prescription records, activity Rx notes, including prescriptions filled and refilled including but not limited to any records/documents that may be stored digitally and/or electronically pertaining to the care and treatment, diagnosis, prognosis, condition, discharge, affecting or relating to Kimberly Morrissey-Scalia, DOB#, including ambulance records and all psychiatric, alcohol treatment and mental health records.

E. <u>Custodian of Record for Southern California Permanente Medical Group – Billing</u>: The records requested are regardless of date for the following types of records: Any and all billings, statement of charges, statements of accounts, writings, and documents reflecting the following: Any and all payments made or received in reference to Kimberly Morrissey-Scalia, DOB#. Any and all credits, adjustments, write-offs, reconciliations, contract price payments or reduction, payments by any health insurance entity, personal payments by or to said patient from any source, HMO, PPO, Medi-Cal, Medicare or contract payments by an entity concerning said patient, billing ledgers, reports and/or statements of charges rendered and any insurance records, including but not limited to any records/documents that may be stored digitally and/or electronically this request for records includes any and all evidence of any payments from any source regarding the account of this patient to or from any person and/or entity.

F. <u>Custodian of Record for Kern Radiology Medical Group</u>: The records requested are regardless of date for the following types of records: Any and all films, original x-ray films, CT scans and MRI films, including any films/images that may be stored digitally/electronically, relating to Kimberly Morrissey-Scalia, DOB#,

including records from Kaiser Permanente Medical Center and Kaiser Foundation Hospital locations in Bakersfield.

G. <u>Custodian of Record for Kaiser Foundation Health Plan, Inc</u>.: The records requested are regardless of date for the following types of records: Any and all insurance records, documents, reports, claims, legal records, applications, enrollment records, policies, medical records, benefits, explanation of benefits, billings, denials and any other records, including but not limited to any records/documents that may be stored digitally and/or electronically relating to Kimberly Morrissey-Scalia, DOB#.

H. <u>Custodian of Record for Tony Carey, Inc</u>.: The records requested are regardless of date for the following types of records: Any and all medical records, documents, medical reports, including doctor's entries, nurses' charts, notes, progress reports, physical therapy records, pathology reports, all films, original x-rays films, MRI's, CT scans, including any films/images that may be stored digitally/electronically, x-ray reports, lab reports, case history, emergency room records, admitting sheets, special tests, inpatient and outpatient records, any sign-in sheets, all prescriptions and activity RX, notes pertaining to the care and treatment, diagnosis, prognosis, condition discharge, insurance records, all billings, statement of charges, statements of accounts, writing, and documents reflecting the following: All payments made or received in reference said patient, any and all credits, adjustments, write-offs, reconciliations, contract price payments or reduction, payments by any health insurance entity, personal payments by or to said patient from any source, HMO, PPO Medi-Cal, Medicare or contract payments by any entity concerning said patient, billing ledgers, reports and/or statement of charges rendered and any insurance records. This request for records including any and all evidence of any payment from any source regarding the account of this patient to or from any reason and/or entity, all records pertaining to psychiatric

treatment/rehabilitation, psychological treatment/ rehabilitation, treatment for alcoholism, drug addiction, depression, mental instability, mental disease or emotional instability, including but not limited to any records/documents that may be stored digitally and/or electronically including all patient orders and patient results and specifically for any discharge orders, all detailed screen shots within any computer system relating to Kimberly Morrissey-Scalia, DOB#, including all records from Dr. Tony Carey and legal records.

I. <u>Custodian of Record for Mary K. Shell Mental Health Center</u>: The records requested are regardless of date for the following types of records: Any and all medical records, documents, medical reports, including doctor's entries, nurses' charts, progress reports, physical therapy records, pathology reports, x-ray reports, lab reports, case history, emergency room records, admitting sheets, special tests, inpatient and outpatient records, any sign-in sheets, any and all pharmacy/prescription records, activity RX notes, including prescriptions filled and refilled, pertaining to the care and treatment, diagnosis, prognosis, condition discharge, all billings, statement of accounts, writing, and documents reflecting the following: Any and all payments made or received, any and all credits or adjustments, write-offs, reconciliations, contract price payments or reduction, payments by any health insurance entity, personal payments by or to said patient from any source, HMO, PPO Medi-Cal, Medicare or contract payments by any entity concerning said patient, billing ledgers, reports and/or statement of charges rendered and any insurance records. This request for records includes any and all evidence of any payments from any source regarding the account of this patient to or from any person and/or entity, including but not limited to any records/documents that may be stored digitally and/or electronically including all patient orders and patient results and specifically for any discharge orders, all detailed screen shots within any computer system, including but not limited to

those pertaining to psychiatric treatment, psychiatric rehabilitation, psychological treatment, psychological rehabilitation, treatment for alcoholism, drug addiction, depression, mental instability, mental disease or emotional instability in referenced to Kimberly Morrissey-Scalia, DOB#, including legal records.

J. <u>Custodian of Record for Hall Ambulance</u>: The records requested are regardless of date for the following types of records: All dispatch and response logs, treatment, medical and billing records, insurance and legal records, and any other records or logs, including but not limited to records/documents that may be stored digitally and/or electronically relating to Kimberly Morrissey-Scalia, DOB#.

K. <u>Custodian of Record for Stewart Title of California</u>: any and all employment records, wage records, personnel records, attendance records, employment applications, W-2's, W-4's, contracts, 1099's, resumes, payroll records, vacation schedule, sick leave, insurance records, benefits, evaluations and any other records, including but not limited to any records/documents that may be stored digitally and/or electronically pertaining to the employment of Kimberly Morrissey-Scalia, dob #; ss#, to include any and all records relating to recommendations for rehabilitation for alcohol or mental health treatment.

L. <u>Custodian of Record for Tony Carey, Inc – Billing</u>: The records requested are regardless of date for the following types of records: Any and all billings, statement of charges, statements of accounts, writings, and documents reflecting the following: Any and all payments made or received in reference to Kimberly Morrissey-Scalia, DOB#. Any and all credits, adjustments, write-offs, reconciliations, contract price payments or reduction, payments by any health insurance entity, personal payments by or to said patient from any source, HMO, PPO, Medi-Cal, Medicare or contract payments by an entity concerning said patient, billing ledgers, reports and/or statements of charges rendered and any insurance records, including but not limited to any records/documents that may be

stored digitally and/or electronically this request for records includes any and all evidence of any payments from any source regarding the account of this patient to or from any person and/or entity.

2. The subpoenas had production dates of January 28, 2019 and February 27, 2019.

3. Plaintiffs' counsel contend that the subpoenaed documents likely contain privileged information to which Defendants are not entitled (such as medical histories of unrelated conditions and/or injuries), and that the subpoenas as drafted are overbroad insofar as they seek discovery of information protected by Plaintiff's or Decedent's physician-patient privilege and privacy rights, and which is neither proportional to the needs of this case nor relevant to the claims and defenses in this matter. Counsel for defendants disputes plaintiff's contentions set forth in this paragraph, and by entering into this stipulation, does not waive any rights, contentions or defenses.

4. Plaintiff's counsel and Defendants' counsel met and conferred by phone on January 21, 2019 and during the drafting of this Stipulation. The parties agree to the following "First-Look" Procedure:

   a. Counsel for Defendants shall instruct Ronsin Litigation Support Services to obtain the subpoenaed documents; however, instead of producing the documents to counsel for Defendants, Ronsin Litigation Support Service shall instead produce the documents directly to Plaintiff's counsel business address no later than March 11, 2019:

   Sanjay S. Schmidt
   Law Office of Sanjay S. Schmidt
   1388 Sutter Street, Suite 810
   San Francisco, CA 94109
   Tel: (415) 563-8583
   Email: ss@sanjayschmidtlaw.com

   Jeff Dominic Price
   2500 Broadway, Suite 125
   Santa Monica, CA 90404
   Tel: (310) 451-2222
   Email: jeff.price@icloud.com

b. Upon receipt of the subpoenaed documents from Ronsin Litigation Support Services, Plaintiff's counsel will then have ten (10) business days to review the documents to see if they contain any privileged information. If the documents do contain such information, Plaintiff's counsel shall redact the pages containing that information and Plaintiff's counsel shall create a privilege log complying with Federal Rules of Civil Procedure 45(e)(2)(A)(i)-(ii) and 26(b)(5)(A)(i)-(ii).

c. On or before the tenth (10th) day after receiving the records from Ronsin Litigation Support Services, Plaintiff's counsel shall serve the subpoenaed documents by Federal Express Priority Overnight on Defendants' counsel; if Plaintiff's counsel has redacted any information, they shall also concurrently serve the privilege log described in ¶3(b) above. As an alternative to serving the subpoenaed documents by Federal Express Priority Overnight on Defendants' counsel, Plaintiff's counsel can serve the subpoenaed documents electronically, in PDF format, via email or via a file sharing service. If the tenth day for production by plaintiff's counsel falls on a date between March 16-25, 2019, the deadline for production shall be extended to March 29, 2019.

5. All parties shall share in the cost (equal one-thirds share) for Ronsin Litigation Support Services to obtain the documents and produce them to Plaintiff's counsel. Plaintiff's counsel shall pay to send them by Federal Express Priority Overnight to Counsel for Defendants.

6. Counsel for Defendants reserve the rights to seek production of any documents that are withheld and/or redacted by Plaintiff's counsel pursuant to the terms of this agreement within ten (10) business days after receipt of the records from Plaintiff's counsel, if defendants dispute the redactions made by plaintiff's counsel or the privilege log that was or should have been provided. Defendants' counsel shall meet and confer with Plaintiff's counsel to resolve the dispute. If the parties do not reach an agreement within five (5) business days thereafter, Defendants may file an ex parte application to request the Court to review *in camera* the redacted and unredacted

records in dispute, to determine if the withheld or redacted records are discoverable by, and should be produced without redaction to, Defendants.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

Dated: March 6, 2019      LAW OFFICE OF SANJAY S. SCHMIDT

                          By:   */s/ Sanjay S. Schmidt*
                                Sanjay S. Schmidt,
                                Attorneys for Plaintiff JOHN SCALIA, individually and as successor-in-interest of Decedent KIMBERLY MORRISSEY-SCALIA

Dated: March 6, 2019      CLINKENBEARD, RAMSEY, SPACKMAN & CLARK, LLP

                          By:   */s/ Maureen Clark*
                                Hugh S. Spackman,
                                Maureen Clark,
                                Attorneys for Defendants KERN COUNTY HOSPITAL AUTHORITY and ROWENA P. BLAKELY, R.N.

Dated: March 6, 2019      MARGO A. RAISON, COUNTY COUNSEL

                          By:   */s/ Marshall Scott Fontes*
                                Marshall Scott Fontes,
                                Deputy County Counsel
                                Attorneys for Defendants COUNTY OF KERN, KERN COUNTY SHERIFF DONNY YOUNGBLOOD, KERN COUNTY SHERIFF'S SERGEANT JOE SWANSON, KERN COUNTY SHERIFF'S DETENTION DEPUTIES RANDI ALLEN AND MISTY MILLER

## **ORDER**

The Court **GRANTS** the stipulation of the Parties (Doc. 51) as set forth above.

IT IS SO ORDERED.

Dated:   **March 6, 2019**                    **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE