# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SCALIA,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF KERN, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-01097 - LJO - JLT<br><br>ORDER CLOSING THE ACTION AS TO DEFENDANTS SWANSON, MILLER AND ALLEN<br><br>(Doc. 53) |

Counsel have stipulated to dismiss the action as to defendants Joel Swanson, Misty Miller and Randi Allen with each side to bear their own fees and costs. (Doc. 53) Thus, according to Federal Rules of Civil Procedure Rule 41, the Clerk of Court is DIRECTED to close this action as to defendants Swanson, Miller and Allen **only**.

IT IS SO ORDERED.

Dated: **March 13, 2019**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE