**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN SCALIA, | ) Case No.: 1:17-cv-01097 -LJO - JLT |
| Plaintiff, | ) ORDER CLOSING THE ACTION AS TO |
| v. | ) DEFENDANT DONNY YOUNGBLOOD AND ) DIRECTING THE CLERK TO UPDATE THE ) DOCKET |
| COUNTY OF KERN, et al., | ) |
| Defendants. | ) (Doc. 58) |

Counsel have stipulated to dismiss the action as to defendant Donny Youngblood, with each side to bear their own fees and costs. (Doc. 58) Thus, according to Federal Rules of Civil Procedure Rule 41, the Clerk of Court is DIRECTED to close this action as to Defendant Donny Youngblood and update the docket.

IT IS SO ORDERED.

Dated: __**June 5, 2019**__          _____**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1