Jeff Dominic Price | SBN 165534
2500 Broadway, Suite 125
Santa Monica, California 90404
jeff.price@icloud.com
Tel. 310.451.2222

Attorneys for Plaintiffs

MARGO A. RAISON, COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
By: Marshall S. Fontes, Deputy (SBN 139567)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805

Attorneys for Defendants
County of Kern, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SCALIA, individually and as successor-in-interest of Decedent, KIMBERLY MORRISSEY-SCALIA,<br><br>                Plaintiff,<br>v.<br><br>COUNTY OF KERN, a municipal corporation, Kern County Hospital Authority, a public entity and/or agency of the COUNTY OF KERN, Kern County Sheriff DONNY YOUNGBLOOD, Kern County Sheriff's Sergeant JOEL SWANSON, Kern County Sheriff's Detention Deputies RANDI ALLEN and MISTY MILLER, Kern County Hospital Authority Staff Nurse ROWENA P. BLAKELY, R.N., and DOES 1-100, Jointly and Severally,<br><br>                Defendants. | CASE NO.: 1:17-CV-01097 LJO JLT<br><br>STIPULATION TO DISMISSAL OF CERTAIN CLAIMS AGAINST THE COUNTY OF KERN BASED UPON ALLEGED POLICIES, PRACTICES AND CUSTOMS OF THE KERN COUNTY SHERIFF'S OFFICE ACTS AND/OR ACTS AND OMISSIONS OF KERN COUNTY SHERIFF EMPLOYEES<br><br>[Filing fee exemption for government entity pursuant to Government Code § 6103] |

1

STIPULATION TO DISMISS CERTAIN CLAIMS AGAINST THE COUNTY OF KERN BASED UPON THE ALLEGED POLICEIS, PRACTICES, CUSTOMS OF THE KERN COUNTY SHERIFF'S OFFICE, AND ACTS AND/OR OMISSIONS KERN COUNTY SHERIFF EMPLOYEES

WHEREAS the parties have met and conferred for the purpose of determining whether issues can be resolved without the necessity of the filing of a motion for summary judgment and/or adjudication, as required by the Court's Scheduling Order in this matter (Doc. No. 39).

IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFF, JOHN SCALIA and DEFENDANT, COUNTY OF KERN, by and through their respective attorneys of record, that the following claims against the COUNTY OF KERN, **only to the extent said claims are based upon the alleged acts or omissions of the Kern County Sheriff's Office and/or Kern County Sheriff's Office employees as distinguished from Kern Medical Center**, in this case be dismissed from this action, each side to bear their own costs:

1. As to the Second Cause of Action of Plaintiff's First Amended Complaint, all claims against the County of Kern contained therein which allege *Monell* and/or Supervisory Liability predicated upon Kern County Sheriff Office policies, practices and customs and the alleged ratification of any acts or omissions of Kern County Sheriff's Office employees pursuant to said policies, practices and customs are DISMISSED.

2. As to the Third Cause of Action of Plaintiff's First Amended Complaint, all claims against the County of Kern contained therein which pursuant to Cilvil Code Section 52.1(b) and which are predicated upon Kern County Sheriff's Office policies, practices and customs, and/or the acts or omissions of Kern County Sheriff's Office employees are DISMISSED.

3. As to the Fourth Cause of Action of Plaintiff's First Amended Complaint, all claims against the County of Kern based upon Government Code Section 845.6 are DISMISSED.

4. As to the Fifth Cause of Action of Plaintiff's First Amended Complaint, all claims against the County of Kern contained therein which are based upon Negligence and which are predicated upon Kern County Sheriff's Office policies, practices and

customs, and/or the acts or omissions of Kern County Sheriff's Office employees are DISMISSED.

Defendant County of Kern remains a defendant in the Second, Third and Sixth Causes of Action, arising out of its ownership of Kern Medical Center. No motion for summary judgment/adjudication will be filed on behalf of Defendant County of Kern.

DATED: June __24__, 2019　　　　Respectfully Submitted,

JEFF DOMINIC PRICE

　　__/s/ Jeff Dominic Price__
Jeff Dominic Price
Attorneys for Plaintiff

DATED: June __24__, 2019　　　　Respectfully Submitted,

M. SCOTT FONTES
Deputy County Counsel
Office of County Counsel, Kern County

__/s/ M. Scott Fontes__
M. SCOTT FONTES
Attorneys for County of Kern Defendants

IT IS SO ORDERED.

　Dated:　**June 25, 2019**　　　　　　__/s/ Lawrence J. O'Neill__
　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

3