```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF CALIFORNIA
 3
 4   JOHN SCALIA, individually      )
 5   and as successor-in-interest   )
 6   of Decedent KIMBERLY           )
 7   MORRISSEY-SCALIA,              )
 8              Plaintiff,          )
 9         -vs-                     ) Case No.
10   COUNTY OF KERN, a municipal    ) 1:17 CV 01097 LJO SKO
11   corporation, et al.,           )
12              Defendants.         )
13   _____
14
15
16          DEPOSITION OF KATHRYN JEAN WILD, R.N.
17                  Tuesday, May 14, 2019
18                      Reno, Nevada
19
20
21   Reported by:  Karen Bryson
22                 Certified Court Reporter #120
23   JOB No. 3307497
24
25   PAGES 1 - 152
```

Page 1

```
 1   APPEARANCES
 2
 3   For the Plaintiff:
 4        SANJAY S. SCHMIDT
 5        Attorney at law
 6        1388 Sutter Street, Suite 810
 7        San Francisco, California 94109
 8        415-563-8583
 9
10   For the Defendant Kern County Hospital/Rowena Blakely:
11        CLINKENBEARD, RAMSEY, SPACKMAN, CLARK
12        Attorneys at Law
13        By:  HUGH S. SPACKMAN
14        3938 State Street, Suite 200
15        P.O. Box 21007
16        Santa Barbara, California 93121
17        805-965-0043
18
19   For the Defendant County of Kern:
20        (appearing telephonically)
21        MARSHALL SCOTT FONTES
22        Deputy County Counsel
23        1115 Truxtan Avenue, 4th Floor
24        Bakersfield, California 93301
25
```

```
 1                        INDEX
 2
 3   EXAMINATION:                                PAGE:
 4   By Mr. Spackman                             4
 5   By Mr. Fontes                               148
 6
 7
 8   EXHIBITS:    DESCRIPTION:                   PAGE:
 9
10   Exhibit 1    Expert report                  150
11   Exhibit 2    Letter 4/14/19                 150
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1        PURSUANT TO NOTICE, on Tuesday, May 14, 2019, at
 2   the hour of 9:47 a.m., of said day, at Bonanza Reporting,
 3   1111 Forest Street, Reno, Nevada, before me, Karen Bryson,
 4   a notary public, personally appeared KATHRYN JEAN WILD,
 5   R.N.
 6                              --oOo--
 7
 8                        KATHRYN JEAN WILD,
 9                       having been duly sworn,
10               was examined and testified as follows:
11
12                            EXAMINATION
13   BY MR. SPACKMAN:
14        Q    Good morning.
15        A    Morning.
16        Q    Please state your full name.
17        A    Kathryn, K-a-t-h-r-y-n; Jean, J-e-a-n, Wild.
18        Q    Welcome to your deposition.  My name is Hugh
19   Spackman.  I represent Kern County Hospital Authority and
20   Rowena Blakely in this lawsuit.  On the phone is the
21   attorney for the County of Kern.
22        A    Okay.
23        Q    And I think you've probably been through
24   several depositions in your life; isn't that right?
25        A    Yes.
```

```
 1      A    I don't know, four or five times.
 2      Q    And how about Mr. Price, have you spoken to him
 3   on the phone a few times?
 4      A    I have.
 5      Q    How many times?
 6      A    Oh, probably -- same.  Four or five times.
 7      Q    Have they all been joint conferences with
 8   Mr. Schmidt?  Or have they been separate phone call?
 9      A    No.  Generally they're just separate phone
10   calls.
11      Q    Okay.  All right.  You generated two reports in
12   this case; is that right?
13      A    Correct.
14      Q    You got copies of them in front of you?
15      A    I do.
16      Q    Let me hand you what I believe is the first
17   one.  We're going to call this Exhibit 1 to the
18   deposition.
19           Take a quick look at Exhibit 1 and identify it
20   for us.
21      A    (Witness complies.)
22           Yeah, that's it.
23      Q    Is this the first report that you generated in
24   this case?
25      A    Yes.
```

1  Q   And that was signed on what date?
2  A   March 18th of 2019.
3  Q   You know what, I included in this whole thing a
4  package that actually has stapled to it your CV and your
5  fee schedule -- excuse me, CV and you're -- not fee
6  schedule but your list -- oh, excuse me.  Has your fee
7  schedule as well.  And your list of trials in the last
8  four years.
9      So --
10 A   Right.
11 Q   -- does Exhibit 1 include your first report,
12 your fee schedule, your CV, and your list of testimony --
13 A   My testimony --
14 Q   -- in the last four years?
15 A   -- history, yes.
16 Q   We'll just leave it all Exhibit 1 then.
17     All right.  And then can you take a look at
18 Exhibit 2 for me, and identify that for me.
19 A   (Witness complies.)
20     That is a supplemental report/rebuttal report
21 that was signed on April 14th -- oh, you know what -- and
22 it actually says 2018, but --
23 Q   Oops.
24 A   -- it was this year.
25 Q   Oh.  Let's check the first one.

```
 1  reasonable request.
 2              And if any of that doesn't happen, or if the
 3  original is destroyed or lost or for any reason unsigned,
 4  a certified copy can be used for all purposes.
 5              MR. SCHMIDT:  Stipulated.
 6              MR. SPACKMAN:  Sound good, Scott?
 7              MR. FONTES:  Yeah, that's fine.
 8              MR. SPACKMAN:  We're done.
 9                  (Exhibits 1, 2 marked.)
10
11                  (1:07 p.m. deposition concluded.)
12                        ---o0o---
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Veritext Legal Solutions
866 299-5127

1:17-cv-01097-LJO-JLT  P SGMF          Exhibit 2000-7

```
 1   STATE OF NEVADA,        )
 2   COUNTY OF WASHOE        )   ss.
 3
 4          I, Karen Bryson, a Certified Court Reporter and
 5   notary public in and for the County of Washoe, State of
 6   Nevada, do hereby certify:
 7          That on Tuesday, May 14, 2019, at the offices of
 8   Bonanza Reporting, 1111 Forest Street, Reno, Nevada,
 9   personally appeared KATHRYN JEAN WILD, R.N., who was duly
10   sworn by me, was thereupon deposed in the matter entitled
11   herein;
12          That the foregoing transcript consisting of page 1
13   through 150 is a full, true, and correct transcript of my
14   stenotype notes of said deposition to the best of my
15   knowledge, skill, and ability.
16          I further certify that I am not an attorney or
17   counsel for any of the parties, nor a relative or employee
18   of any attorney or counsel connected with the action, nor
19   financially interested in the action.
20
21
22          [signature]
23          _____
24          Karen Bryson, CCR #120
25
```