1

2

3

4                    **UNITED STATES DISTRICT COURT**

5                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

6

7    | **JOHN SCALIA, individually and as successor-in-interest of Decedent KIMBERLY MORRISSEY-SCALIA,** | **1:17-cv-01097-LJO-SKO** |

8    | | **ORDER RE: JOINT TRIAL SCHEDULING REPORT** |

9    **Plaintiff,**

10   **v.**                                        **(ECF No. 88)**

11   **COUNTY OF KERN, et al.,**

12               **Defendants.**

13

14        On November 4, 2019, the parties filed a Joint Trial Scheduling Report. *See* ECF No. 88. The

15   Court has reviewed the Report. Good cause for its decision having been found, the Court **ORDERS**

16   trial to be set to begin on **Tuesday, November 10, 2020 at 8:30 a.m.** in Courtroom 4 before Chief

17   Judge Lawrence J. O'Neill. The Court further **ORDERS** a pre-trial conference set for **Tuesday,**

18   **September 15, 2020 at 8:30 a.m.** in Courtroom 4 before Chief Judge Lawrence J. O'Neill. The parties

19   are once again strongly urged to consent to Magistrate Judge jurisdiction.

20

21   IT IS SO ORDERED.

22        Dated:   **November 5, 2019**            **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES CHIEF DISTRICT JUDGE
23

24

25

                                                 1