# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SCALIA, individually and as successor-in-interest of Decedent KIMBERLY MORRISSEY-SCALIA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, et al.,<br><br>Defendants | CASE NO. 1:17-cv-01097-AWI-CDB<br><br>ORDER ON STIPULATION TO EXTEND THE FILING DATE FOR DEFENDANT'S RESPONSE AND PLAINTIFF'S REPLY REGARDING ATTORNEY FEE AWARD (DOC. NO. 158)<br><br>(Doc. No. 162) |

Upon having considered the Stipulation of the Parties (Doc. No. 162) and the Court having determined good cause is present,

IT IS HEREBY ORDERED that the due dates are extended by one week for: (1) the County's Response to Plaintiff's fee request on the spoliation of evidence sanctions to and including April 6, 2023, and (2) the Plaintiff's Reply to the County's Response to and including April 13, 2023.

IT IS SO ORDERED.

Dated: March 30, 2023

_____
SENIOR DISTRICT JUDGE