UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA PERRY et al,<br><br>    Plaintiff,<br><br> v.<br><br>COUNTY OF KERN et al,<br><br>    Defendants. | Case No.  1:17-cv-01097-KES-CDB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. No.  202) |

   On June 26, 2024, this Court issued an Order to Show Cause to counsel for Defendants for their failure to comply with the Court order and participate in good faith in the settlement conference requested by the parties. (Doc. No. 202). On July 10, 2024, counsel for Defendants filed their respective responses. (Doc. Nos. 203, 204). The Court discharges its show cause order. (Doc. No. 202).

   Nonetheless, the Court finds an caution to defense counsel is appropriate in this case. As an officer of the court, defense counsel has an obligation to obey Court orders. And when requesting a settlement conference, counsel owes a duty to promptly inform the Court if circumstances change that would render the settlement conference unproductive. Moreover, defense counsel's actions caused opposing counsel and their client to incur unnecessary expenses. Further, defense counsel's actions caused this Court to expend unnecessary time in preparation of

the settlement conference.  The Court reminds <u>all</u> counsel that the seeds one sows yields the harvest one reaps.

Accordingly, it is ORDERED:

The Court discharges it Order to Show Cause (Doc No. 202) without further action.

Dated:   August 8, 2024

*/s/ Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE