**FILED**

**JUDGMENT ENTERED**

<u>May 21, 2025</u>
**Date**
by: <u>Victoria Gonzales</u>
**Deputy Clerk**
**U.S. District Court**
**Eastern District of California**
<u>  XX  </u>   **CASE CLOSED**

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

MELISSA PERRY ET. AL.,

    Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:17-CV-01097-KES-CDB

COUNTY OF KERN ET. AL.,

    Defendant.

_____/

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that:

*JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENSE, IN ACCORDANCE WITH THE JURY VERDICT RENDERED 5/09/2025.*

DATED: 05/21/2025

                      KEITH HOLLAND, Clerk

                      /S/ Victoria Gonzales
               By:        Deputy Clerk

jgm.civ
2/18/2025