Jeff Dominic Price  JDP PC  |  SBN 165534
23465 Civic Center Way
Malibu, California 90265
jdp@jdpfirm.com
Tel. 310.451.2222

Attorneys for Plaintiffs

Sanjay S. Schmidt (SBN 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
ss@sanjayschmidtlaw.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA PERRY et al., | No. 1:17-cv-01097-KES-CDB |
| Plaintiffs, | STIPULATION TO EXTEND DATE FOR OBJECTIONS TO COST BILLS FROM JUNE 11, 2025, TO JUNE 18, 2025 |
| vs. | |
| COUNTY OF KERN et al., | |
| Defendants. | |

TO:    THE HON. KIRK E. SHERRIFF, U.S. DISTRICT JUDGE:

Pursuant to the local rules objections to the cost bills filed in this case are due June 11, 2025. The parties have discussed the possible resolution of the cost bills and stipulate to extend the date for objections to the cost bills to June 18, 2025.

IT IS SO STIPULATED.

DATED: June  10 , 2025,                                JEFF DOMINIC PRICE  JDP PC
                                                       LAW OFFICES OF SANJAY S. SCHMIDT
                                                       Attorneys for Plaintiffs

                                                By         /s/ Jeff Dominic Price
                                                       Jeff Dominic Price, Esq.

DATED: June  11 , 2025,                                CLINKENBEARD, RAMSEY, SPACKMAN & CLARK, LLP

---

Stipulation to extend date for objections to cost bills                                                       1

|   |   |
|---|---|
|   | /s/ Hugh S. Spackman [1] |
|   | By: Hugh S. Spackman, Esq. |
|   | Attorneys for Defendant Rowena P. Blakely |
| DATED: June  11 , 2025, | MARGO A. RAISON |
|   | County Counsel, County of Kern |
|   |   |
|   | /s/ Kimberly L. Marshall [2] |
|   | By: Kimberly L. Marshall, Esq. |
|   | Attorneys for Kern County Defendants |

---

[1] I, Jeff Price, affirm that counsel, Hugh S. Spackman, gave his permission to affix his electronic signature to this Stipulation with Proposed Order, on June  11 , 2025.

[2] I, Jeff Price, affirm that counsel, Kimberly Marshall, gave his permission to affix his electronic signature to this Stipulation with Proposed Order, on June  11 , 2025.

Stipulation to extend date for objections to cost bills   2

# ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED. The deadline for filing objections to the cost bills is extended to June 18, 2025.

IT IS SO ORDERED.

Dated: June 11, 2025

_____
UNITED STATES DISTRICT JUDGE