UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA PERRY et al.,,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　　Defendants. | No.　1:17-cv-01097-KES-CDB<br><br><br>ORDER ON STIPULATION<br><br><br>(Doc. 337) |

On June 18, 2025, the parties filed a stipulation regarding plaintiffs' waiver of post-trial motions and appeal in exchange for defendants' waiver of all costs and fees. Doc. 337. Pursuant to the stipulation, no further motions will be filed by any party. It is ordered that the Bills of Costs submitted by defendants (Docs. 333 and 334) are waived pursuant to the stipulation.

IT IS SO ORDERED.

　　Dated:　　June 23, 2025　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1